30 A.3d 1101

**Roy ROBINSON, Petitioner**

v.

**Michael WENEROWICZ, Warden of SCI, Graterford Department of Corrections, Respondents.**

**No. 60 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 24, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**